NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW POWERS, | Case No.: 2:20-cv-01399-BNW |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| ANDREW SAUL,<br>Commissioner of Social Security, | (***THIRD REQUEST***) |
| Defendant. | |

1. Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 21-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by February 1, 20201. This is the Commissioner's third request for an extension. This Court granted in part and denied in part the Commissioner's second request for an extension, permitting a 45-day extension rather than the requested 60 days (Dkt. No. 13).

2. At this time, the undersigned counsel is informed that the CAR in this matter is close to being completed, and the Office of Appellate Operations (OAO) is waiting on the transcription of the administrative hearing. The undersigned believes that this CAR could possibly be ready to meet the current deadline of February 1, but counsel has also been informed that OAO may require additional time to process the transcription and add it to the CAR, which may not occur before the deadline.

3. Accordingly, and out of an abundance of caution, the Commissioner requests an extension until February 22, 2021 in which to respond to the Complaint. If the CAR is completed earlier, the Commissioner will not delay until February 22 to respond to the Complaint, and the undersigned counsel will file the CAR as quickly as possible upon receipt. To avoid further delay, the Commissioner is concurrently filing a motion to be relieved of providing the additional CD and paper copies of the CAR that is usually required by this Court, and to be given permission to file the eCAR under seal.

4. On January 26, 2021, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

5. It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including February 22, 2021.

//
//
//
//
//
//

Dated: January 26, 2021

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

ORDER

**IT IS SO ORDERED**

**DATED:** 5:50 pm, January 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**