1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW POWERS, | Case No.: 2:20-cv-01399-BNW |
| Plaintiff, | |
| vs. | **MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF THE CERTIFIED ADMINISTRATIVE RECORD; [PROPOSED] ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

1  Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys,
2  provides notice to the Court and Plaintiff that an electronic copy of the certified administrative record (e-
3  CAR) is close to being completed (*see* the Commissioner's Motion for Extension of Time to File
4  Certified Administrative Record and Answer, filed concurrently with this motion). To avoid delay when
5  the e-CAR is completed, the Commissioner requests that he be permitted to file the e-CAR under seal
6  using the "Certified Administrative Record under seal" ECF event and be relieved of the requirement of
7  preparing CD/hard copies of the CAR. This will allow Commissioner to file the e-CAR as quickly as
8  possible upon receipt.

Dated: January 26, 2021                                      Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

ORDER

**IT IS SO ORDERED**

**DATED:** 5:49 pm, January 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**