1  CHRISTOPHER CHIOU
2  Acting United States Attorney
   District of Nevada
3  Nevada Bar No. 14853

4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
7  E-Mail: allison.cheung@ssa.gov

8  Attorneys for Defendant

9                **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF NEVADA**

11

12 MATTHEW POWERS,                    )
                                      )   Case No.: 2:20-cv-01399-BNW
13      Plaintiff,                    )
                                      )   **UNOPPOSED MOTION FOR**
14          v.                        )   **EXTENSION OF TIME**
                                      )   (*FIRST REQUEST*)
15 ANDREW SAUL,                       )
   Commissioner of Social Security,   )
16                                    )
        Defendant.                    )
17                                    )
   _____)

18

19      Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests

20 that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or

21 Remand (Dkt. No. 22, filed on March 26, 2021), currently due on April 26, 2021, by 30 days, through

22 and including May 26, 2021.  Defendant further requests that all subsequent deadlines set forth in the

23 Court's scheduling order (Dkt. No. 21) be extended accordingly.

24      This is Defendant's first request for an extension of time.  Good cause exists for this extension

25 due to Defendant's counsel's workload as described below.  Since Plaintiff's motion was filed on

26 March 26, 2021, Defendant's counsel has worked on over 25 district court cases.  Counsel is also

responsible for other substantive non-litigation matters in the Office of General Counsel.  The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On April 19, 2021, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including May 26, 2021.

Dated: April 20, 2021                       Respectfully submitted,

                                            CHRISTOPHER CHIOU
                                            Acting United States Attorney

                                            */s/ Allison J. Cheung*
                                            ALLISON J. CHEUNG
                                            Special Assistant United States Attorney

                                            IT IS SO ORDERED:

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                                          April 23, 2021
                                            DATED: _____

2